AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| COMPTOWN RECORDS, INC., a California corporation, dba RUTHLESS RECORDS, <br><br> *Plaintiff(s)* <br> v. <br> ARNOLD E. WHITE pka BIGG A, an individual, ERIC DARNEL WRIGHT pka Lil Eazy-E, RUTHLESS RECORDS, a California corporation, and N.W.A ENTERTAINMENT LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      ARNOLD E. WHITE pka BIGG A - 16612 S. Caress Avenue, Compton, California 90221
      ERIC DARNEL WRIGHT pka Lil Eazy-E - 16612 S. Caress Avenue, Compton, California 90221
      RUTHLESS RECORDS - 16612 S. Caress Avenue, Compton, California 90221
      N.W.A Entertainment LLC - 16612 S. Caress Avenue, Compton, California 90221


      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      DAVID W. GRACE (SBN 102190) dgrace@loeb.com
      ANDREW W. DEGNER (SBN 288868) adegner@loeb.com
      LOEB & LOEB LLP
      10100 Santa Monica Blvd., Suite 2200 Los Angeles, CA  90067
      Telephone: 310.282.2000 Facsimile: 310.282.2200

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____